IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   03-cv-02307-RPM

STANLEY C. MOWRY,

        Plaintiff,

v.

UNITED PARCEL SERVICE, INC.,

        Defendant.

_____

ORDER SETTING CONFERENCE AFTER REMAND
_____

        Pursuant to the Mandate issued by the United States Court of Appeals for the Tenth Circuit on September 9, 2005, it is

        ORDERED that a conference has been scheduled to commence at 10:00 a.m. on October 17, 2005, in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.

        DATED:  September 13, 2005.

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge