IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   03-cv-02307-RPM

STANLEY C. MOWRY,

        Plaintiff,

v.

UNITED PARCEL SERVICE, INC.,

        Defendant.
_____

ORDER DENYING MOTION TO DISMISS
_____

        Upon consideration of the defendant's renewed motion to dismiss, filed October 14, 2005, it is

        ORDERED that the motion is denied.

        DATED:  October 17, 2005.

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____
                    Richard P. Matsch, Senior District Judge