IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   03-cv-02307-RPM

STANLEY C. MOWRY,

        Plaintiff,

v.

UNITED PARCEL SERVICE, INC.,

        Defendant.
_____

ORDER GRANTING MOTION TO AMEND ANSWER
_____

      Upon consideration of the defendant's Motion to Amend Answer (Doc. #38-1), filed on February 14, 2006, and the plaintiff having failed to respond to the motion, it is

      ORDERED that the motion is granted and the amended answer tendered therewith is ordered filed.

      DATED:  March 8, 2006.

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge