**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.03-cv-02307-RPM-BNB

STANLEY C. MOWRY,

Plaintiff,

v.

UNITED PARCEL SERVICE, INC.,

Defendant.

---

### ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO TAKE THE VIDEO DEPOSITION OF TROOPER JASON GREEN

---

Having reviewed Defendant's Unopposed Motion for Leave to Take the Video Deposition of Trooper Jason Green, and being fully advised in the premises, the Court

ORDERS that the Motion be GRANTED.

DATED: September 18th, 2006.


BY THE COURT:


s/Richard P. Matsch_____
Richard P. Matsch, Senior District Judge