IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   03-cv-02307-RPM

STANLEY C. MOWRY,

        Plaintiff,

v.

UNITED PARCEL SERVICE, INC.,

        Defendant.
_____

ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT
_____

On March 15, 2007, the plaintiff filed a Motion to Alter or Amend Judgment and Order Granting Summary Judgment (Doc. #86).  Upon consideration of that pleading, it is

ORDERED that the motion is denied.

DATED:  April 5, 2007.

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge