IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   03-cv-02307-RPM

STANLEY C. MOWRY,

     Plaintiff,

v.

UNITED PARCEL SERVICE, INC.,

     Defendant.

_____

ORDER DENYING DEFENDANT'S MOTION TO REVIEW CLERK'S TAXATION OF COSTS
_____

     Having reviewed Defendant's Motion to Review Clerk's Taxation of Costs, filed April 30, 2007 [92], it is

     ORDERED that the motion is denied.

     DATED:  May 14, 2007.

                                   BY THE COURT:

                                   s/ Richard P. Matsch
                                   _____
                                   Richard P. Matsch, Senior District Judge